# UNITED STATES DISTRICT COURT

### District of New Jersey

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2013 SEP 27  AM 11 19

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff | ) | Case Number: |
| | ) | |
| V | ) | 1:13-CV-05296/8 |
| | | |
| Thomas C. Dininio | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

# BRIEF IN SUPPORT OF MOTION TO DISMISS/DEMURRER

In the Defendant's ANSWER, he relies on two separate, but related, pleas: (1) failure to state a cause of action; (2) Demurrer.

Demurrer raises the issue of whether the complaint on its face, whether true or false, can sustain the action before the court where the pleadings or the process is insufficient.

The Defendant does not traverse the Demurrer, but does find it necessary to provide this Honorable Court with facts, supplied by the Internal Revenue Service, which were not pleaded in the complaint.

First, as to the FAILURE TO STATE A CAUSE OF ACTION UPON WHICH RELIEF CAN BE GRANTED.

A *cause of action* is defined as: (1) the plaintiff must declare his rights or rights in things, (2) must declare the Defendant's neglect of those rights, and (3) declare the damages which arise out of the said neglect.

The word "allege" means to state without proof.

The "alleged complaint" filed with this Honorable Court amounts to nothing more than a "bill" wherein the federal attorney demands that this Court enforce collection. The "alleged complaint" provides no information to the Defendant upon which he can proceed.

1

For instance, Man A complains of Man B in an action of Trespass upon real property wherein a rosebush has been damaged.

As such, Man A has declared his interests in the real property and the personal property, stating about the day when such trespass has occurred, listing the fact that the rosebush was physically damaged, purportedly due to the neglect of Man B, followed by the amount of the damages.

If Man B neglects to answer the complaint, Man A may seek Default Judgment.

On the other hand, Man B may Demurrer by way of Affirmative Defense, claiming that Man B had to avoid being hit by a car, etc., etc.

This "alleged complaint" supplies none of the necessary information upon which the Defendant can properly proceed.

However, by Demurrer, the Defendant is capable of providing this Honorable Court with information which was not supplied by the Federal Attorney, who himself may not be aware thereof.

Can any case, properly pleaded be sustained on some fraud?

The answer is that no case can arise in fraud.

This Honorable Court's attention is directed to Line 8, Line one of the Table therein contained. This line contains a date – 1998 – followed by an amount "assessed" followed by the purported amount due at the filing of the "alleged complaint."

In 1998, the Defendant decided to "rollover" an IRA Account – removing it from one servicing agent to another, doing so within the terms and conditions established in 26 USC §408, concerning Individual Retirement Accounts. However, the IRS, by and through its employees and agents decided to assess a tax on what had been done lawfully.

Had the Defendant not Answer the "alleged complaint," the Federal Attorney would have sought Default Judgment, wherein silence is equated with guilt.

Hence, when the Defendant noticed the IRS about the false assessment, the answer was that of silence. Following the logic in the previous paragraph, the IRS was/is guilty of attempted extortion.

This in and of itself, had the IRS attempted to proceed in court, may not have been grounds for any successful action.

Comes adding insult to injury. The Defendant now becomes "targeted" by the IRS – an incorporeal being – which must and can only act by and through its employees and agents, to

2

then "assess" taxes against the Defendant for the years 2000 and 2003, as found in Line 8 of the "alleged complaint", the aforementioned Table, Lines two and three.

This Honorable Court's attention is directed to the year 2000, Line8 of the "alleged comlaint." The Defendant filed a standard 1040 with the IRS for that year. He was notified that the IRS had not received the said form. The Defendant mailed several copies to the IRS of the "missing" 1040 form, only to finally be notified, after requesting information through the Freedom of Information Act, of a 1040 form with "doodles" on it.

Does it become indicative of the Defendant to have to "baby sit" employees and agents for the IRS?

Further, this Honorable court's attention is directed to Attachment A, attached hereto and made a part hereof. The attachment are certified 1040X form, wherein the Defendant has attested to the reason of filing such forms in Part III, where the filer must state why the forms are being filed.

Title 26 USC does not contain any authority of anyone, other than the filer to change values on filed documents, nor, does it contain any means by which the IRS, by and through its employees and agents may "arbitrarily" assess taxes.

Whereas, the IRS, by and through its employees and agents, have willfully, maliciously and with dolus (the intent to defraud), attempted to "cover up" the first attempt at extortion, by creating further extortion.

This Honorable Court may not, at this juncture, accept that the Defendant was "targeted," whereupon the Court's attention is directed to Attachments B through E, attached hereto and made a part hereof. In so doing, the Court's attention is directed to Part III – the reason given for filing the certified 1040X documents.

As the Honorable Judge is aware, as is the Federal Attorney is aware, as is the Defendant aware, or any individual who attempts to open a bank account is aware, it is necessary to have a SSN in order to open such account.

This Honorable Court's attention is directed to Attachment F, attached hereto and made a part hereof, where the cover form describes why the other documents are not signed and attested thereto.

IRS Agent Fillion ascribes that the amounts set forth in column A, Line 1 of the certified 1040X forms for the years 2007 through 2010 come from a bank account which, as found in Attachment F, does not exist.

As to the Civil Penalties contained in Line 12, Count II, the Defendant is at a loss as to where or why such penalties were assessed in the first instance, since the IRS, by and through its employees and agents have remained silent on the reasons.

While the IRS is delegated to *collect* certain taxes, the Defendant does not dispute this fact. The "alleged complaint" appears to claim that the Defendant has not complied with the rules and regulation, BUT, on the other hand, the Defendant is being told that the IRS, by and through its employees and agents are not subject to obeying the same rules and regulations.

In summary, the Defendant in this "alleged complaint" sets forth, from the IRS's records the following facts:

1. The "alleged complaint" fails to state a cause of action upon which the Defendant may plead;
2. The "alleged complaint" is nothing more than a bill concocted out of fraud with the attempt to induce this Honorable Court to enforce collection thereof, amounting to extortion;
3. The "alleged complaint" arises out of the Defendant's unwillingness to be extorted in 1998 under lawful compliance with 26 USC 408;
4. That, according to the aforesaid records, the Defendant was "targeted" with unlawful assessed amounts for the years, 2000 and 2003;
5. That the amounts of a non-existent bank account were attributed to the Defendant for the years 2007 through 2010, further targeting the Defendant.
6. That, upon the records of the IRS, the IRS, its employees and agents are not subject to obeying the statutes and code under which they are employed to do so.

WHEREFORE, the Defendant prays this Honorable court will

DISMISS THIS CASE WITH PREJUDICE.

Further, the Defendant prays this Honorable Court will order all public records expunged of all liens, levies, etc., against the Defendant, his real property and personal property.

Further, the Defendant prays that this Honorable Court will grant any and all relief within the power of this Honorable Court right any and all injustices done to the Defendant's good name and reputation.

Further, the Defendant remains DEMURRER.

26 Sept. 13

4

Thomas Charles Dininio

I, hereby swear and affirm, that the forgoing is true to the best of my knowledge and based upon my understanding of Title 26 and the actions taken against me by the IRS, by and through its employees and agents.

DATE: _26 Sept. 13_

Thomas Charles Dininio

5

Attachment A

Form **1040X**
(Rev. December 2012)

Department of the Treasury—Internal Revenue Service
## Amended U.S. Individual Income Tax Return
▶ Information about Form 1040X and its separate instructions is at *www.irs.gov/form1040x.*

OMB No. 1545-0074

This return is for calendar year ☐ 2012  ☐ 2011  ☐ 2010  ☐ 2009
Other year. Enter one: calendar year  2003  or fiscal year (month and year ended):

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Thomas Charles | Dininio | |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | Your phone number
2209 Buttonwood La | | 856 327 1916
City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
Millville, NJ 08332

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

**Amended return filing status.** You **must** check one box even if you are not changing your filing status.
*Caution. In general, you cannot change your filing status from joint to separate returns after the due date.*

☑ Single
☐ Married filing jointly
☐ Married filing separately
☐ Qualifying widow(er)
☐ Head of household (If the qualifying person is a child but not your dependent, see instructions.)

| Use Part III on the back to explain any changes | | **A. Original amount or as previously adjusted** (see instructions) | **B. Net change—** amount of increase or (decrease)— explain in Part III | **C. Correct amount** |
|---|---|---|---|---|
| **Income and Deductions** | | | | |
| 1 | Adjusted gross income. If net operating loss (NOL) carryback is included, check here . . . . . . . . . . ▶ ☐   **1** | 10072 | (9702) | 370 |
| 2 | Itemized deductions or standard deduction . . . . . . .   **2** | not supplied | unknown | 4750 |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . .   **3** | not supplied | unknown | (4380) |
| 4 | Exemptions. **If changing, complete Part I on page 2 and enter the amount from line 30** . . .   **4** | 1 | 0 | 1 |
| 5 | Taxable income. Subtract line 4 from line 3 . . . . . . .   **5** | not supplied | unknown | 0 |
| **Tax Liability** | | | | |
| 6 | Tax. Enter method used to figure tax: _____   **6** | 568 | (568) | 0 |
| 7 | Credits. If general business credit carryback is included, check here . . . . . . . . . . . . . . . ▶ ☐   **7** | | | |
| 8 | Subtract line 7 from line 6. If the result is zero or less, enter -0-   **8** | | | |
| 9 | Other taxes . . . . . . . . . . . . . .   **9** | | | |
| 10 | Total tax. Add lines 8 and 9 . . . . . . . . . .   **10** | 568 | (568) | 0 |
| **Payments** | | | | |
| 11 | Federal income tax withheld and excess social security and tier 1 RRTA tax withheld (**if changing,** see instructions) . . . . . .   **11** | | | |
| 12 | Estimated tax payments, including amount applied from prior year's return . . . . . . . . . . . . . . .   **12** | | | |
| 13 | Earned income credit (EIC) . . . . . . . . . . .   **13** | 0 | 258 | 258 |
| 14 | Refundable credits from Schedule(s) ☐ 8812 or ☐ M or Form(s) ☐ 2439 ☐ 4136 ☐ 5405 ☐ 8801 ☐ 8812 (2009–2011) ☐ 8839 ☐ 8863 ☐ 8885 or ☐ other (specify): _____   **14** | | | |
| 15 | Total amount paid with request for extension of time to file, tax paid with original return, and additional tax paid after return was filed . . . . . . . . . . . . . . . .   **15** | | | |
| 16 | Total payments. Add lines 11 through 15 . . . . . . . . . . . .   **16** | | | 258 |
| **Refund or Amount You Owe** *(Note. Allow 8–12 weeks to process Form 1040X.)* | | | | |
| 17 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS . . . . .   **17** | | | 0 |
| 18 | Subtract line 17 from line 16 (If less than zero, see instructions) . . . . .   **18** | | | |
| 19 | **Amount you owe.** If line 10, column C, is more than line 18, enter the difference   **19** | | | |
| 20 | If line 10, column C, is less than line 18, enter the difference. This is the amount **overpaid** on this return   **20** | | | 258 |
| 21 | Amount of line 20 you want **refunded to you** . . . . . . . .   **21** | | | 258 |
| 22 | Amount of line 20 you want **applied to your** (enter year): _____ **estimated tax** .   **22** | | | |

**Complete and sign this form on Page 2.**

For Paperwork Reduction Act Notice, see instructions.   Cat. No. 11360L   Form **1040X** (Rev. 12-2012)

Form 1040X (Rev. 12-2012) Tax year 2005 Page **2**

## Part I   Exemptions

Complete this part **only** if you are:
- Increasing or decreasing the number of exemptions (personal and dependents) claimed on line 6d of the return you are amending, or
- Increasing or decreasing the exemption amount for housing individuals displaced by a Midwestern disaster in 2009.

See Form 1040 or Form 1040A instructions and Form 1040X instructions.

| | | A. Original number of exemptions or amount reported or as previously adjusted | B. Net change | C. Correct number or amount |
|---|---|---|---|---|
| 23 | Yourself and spouse. **Caution.** If someone can claim you as a dependent, you cannot claim an exemption for yourself | | | |
| 24 | Your dependent children who lived with you | | | |
| 25 | Your dependent children who did not live with you due to divorce or separation | | | |
| 26 | Other dependents | | | |
| 27 | Total number of exemptions. Add lines 23 through 26 | | | |
| 28 | Multiply the number of exemptions claimed on line 27 by the exemption amount shown in the instructions for line 28 for the year you are amending | | | |
| 29 | If you are claiming an exemption amount for housing individuals displaced by a Midwestern disaster, enter the amount from Form 8914, line 6 for 2009 | | | |
| 30 | Add lines 28 and 29. Enter the result here and on line 4 on page 1 of this form | | | |

**31** List **ALL** dependents (children and others) claimed on this amended return. If more than 4 dependents, see instructions.

| (a) First name          Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check box if qualifying child for child tax credit (see instructions) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

## Part II   Presidential Election Campaign Fund

Checking below will not increase your tax or reduce your refund.
- ☐ Check here if you did not previously want $3 to go to the fund, but now do.
- ☐ Check here if this is a joint return and your spouse did not previously want $3 to go to the fund, but now does.

## Part III   Explanation of changes. In the space provided below, tell us why you are filing Form 1040X.

▶ Attach any supporting documents and new or changed forms and schedules.

IRS did not supply information necessary for me to completely fill in this form. The Income records supplied by the IRS were given to H&R Block to figure taxes. From the same information, H&R Block indicates a $258 re~~~~~~~~~~~~~~~~~~~~~ $588 deficit.

**Sign Here**
Remember to keep a copy of this form for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this ~~~~~~~~~~~~~~~~~~~~~~~~~~ accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, ~~~~~~~~~~~~~~ Declaration of preparer (other than taxpayer) is based on all information about which the preparer has any knowledge.

Your signature          Date 24 Sept 13          Spouse's signature. If a joint return, both must sign.          Date

OFFICIAL SEAL
EVELYN R. NIEVES
NOTARY PUBLIC - NEW JERSEY

**Paid Preparer Use Only**
▶

| Preparer's signature | Date | Firm's name (or yours if self-employed) | |
|---|---|---|---|
| Print/type preparer's name | | Firm's address and ZIP code | |
| PTIN | ☐ Check if self-employed | | |
| | | Phone number | EIN |

For forms and publications, visit IRS.gov.

Form **1040**

Department of the Treasury – Internal Revenue Service
**U.S. Individual Income Tax Return** 20**03**  (99)  IRS Use Only – Do not write or staple in this space.

For the year Jan. 1- Dec. 31, 2003, or other tax year beginning _____, 2003, ending _____, 20____

OMB No. 1545- 0074

**Label**
(See instructions on page 19.)
Use the IRS label. Otherwise, please print or type.

THOMAS C DININIO
2209 BUTTONWOOD LANE
MILLVILLE, NJ 08332

Your social security number

Spouse's social security number

▲ **Important!** ▲
You must enter your SSN(s) above.

**Presidential Election Campaign** (See page 19.)
▶ Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶

| | You | | Spouse |
|---|---|---|---|
| | Yes | X No | Yes | No |

**Filing Status**

Check only one box.

1 [X] Single
2 [ ] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN & full name below. ▶
4 [ ] Head of household (with qualifying person). (See page 20.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child. (See page 20.)

**Exemptions**

6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a . . . .

b [ ] **Spouse** . . .

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✔ if qual. child for child tax cr. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If more than five dependents, see page 21.

No. of boxes checked on 6a and 6b ____ **1**

No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see page 21)

Dependents on 6c not entered above

d Total number of exemptions claimed

Add numbers on lines above ▶ **1**

**Income**

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 22.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | Taxable interest. Attach Schedule B if required | 8a | 3,360. |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | 10. |
| b | Qualified dividends (see page 23) | 9b | 10. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 23) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13a | Capital gain/(loss). Attach Sch D. If not required check here . . . ▶ [ ] | 13a | (3,000.) |
| b | If box on 13a is checked, enter post- May 5 capital gain distributions | 13b | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions  15a | b Taxable amt | 15b | |
| 16a | Pensions and annuities  16a | b Taxable amt | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits  20a | b Taxable amt | 20b | |
| 21 | Other income. List type and amount (see page 27) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 370. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see page 29) | 23 | |
| 24 | IRA deduction (see page 29) | 24 | |
| 25 | Student loan interest deduction (see page 31) | 25 | |
| 26 | Tuition and fees deduction (see page 32) | 26 | |
| 27 | Moving expenses. Attach Form 3903 | 27 | |
| 28 | One-half of self-employment tax. Attach Schedule SE | 28 | |
| 29 | Self-employed health insurance deduction (see page 33) | 29 | |
| 30 | Self-employed SEP, SIMPLE, and qualified plans | 30 | |
| 31 | Penalty on early withdrawal of savings | 31 | |
| 32a | Alimony paid  b Recipient's SSN ▶ | 32a | |
| 33 | Add lines 23 through 32a | 33 | |
| 34 | Subtract line 33 from line 22. This is your adjusted gross income ▶ | 34 | 370. |

KBA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 77.

FD1040-1V1.25

Form **1040** (2003)

Form 1040 (2003)   THOMAS C DININIO

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 35 | Amount from line 34 (adjusted gross income) | 35 | 370. |

**Tax and Credits**

35 Amount from line 34 (adjusted gross income) — **35** 370.

36a Check if: You were born before January 2, 1939, Blind. Spouse was born before January 2, 1939, Blind. Total boxes checked ► 36a

b If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see page 34 and check here ► 36b

**Standard Deduction for -**
- People who checked any box on line 36a or 36b or who can be claimed as a dependent, see page 34.
- All others:
Single or Married filing separately, $4,750
Married filing jointly or Qualifying widow(er), $9,500
Head of household, $7,000

37 Itemized deductions (from Schedule A) or your standard deduction (see left margin) — **37** 4,750.
38 Subtract line 37 from line 35 — **38** (4,380.)
39 If line 35 is $104,625 or less, multiply $3,050 by the total number of exemptions claimed on line 6d. If line 35 is over $104,625, see the worksheet on page 35 — **39** 3,050.
40 Taxable income. Subtract line 39 from line 38. If line 39 is more than line 38, enter -0- — **40** 0.
41 Tax. Check if any tax is from: a Form(s) 8814 b Form 4972 — **41** 0.
42 Alternative minimum tax. Attach Form 6251 — **42**
43 Add lines 41 and 42 ► **43** 0.
44 Foreign tax credit. Attach Form 1116 if required — 44
45 Credit for child and dependent care expenses. Attach Form 2441 — 45
46 Credit for the elderly or the disabled. Attach Schedule R — 46
47 Education credits. Attach Form 8863 — 47
48 Retirement savings contributions credit. Attach Form 8880 — 48
49 Child tax credit (see page 40) — 49
50 Adoption credit. Attach Form 8839 — 50
51 Credits from: a Form 8396 b Form 8859 — 51
52 Other credits. Check applicable box(es): a Form 3800 b Form 8801 c Specify — 52
53 Add lines 44 through 52. These are your total credits — **53**
54 Subtract line 53 from line 43. If line 53 is more than line 43, enter -0- ► **54** 0.

**Other Taxes**

55 Self-employment tax. Attach Schedule SE — **55**
56 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 — **56**
57 Tax on qualified plans, including IRAs, and other tax-favored accounts — **57**
58 Advance earned income credit payments from Form(s) W-2 — **58**
59 Household employment taxes. Attach Schedule H — **59**
60 Add lines 54 through 59. This is your total tax ► **60** 0.

**Payments**

If you have a qualifying child, attach Schedule EIC.

61 Federal income tax withheld from Forms W-2 and 1099 — 61
62 2003 estimated tax payments & amount applied from 2002 return — 62
63 Earned income credit (EIC) — 63 258.
64 Excess social security and tier 1 RRTA tax withheld (see page 56) — 64
65 Additional child tax credit. Attach Form 8812 — 65
66 Amount paid with request for extension to file (see page 56) — 66
67 Other payments from: a Form 2439 b Form 4136 c Form 8885 — 67
68 Add lines 61 through 67. These are your total payments ► **68** 258.

**Refund**

Direct deposit? See page 56 and fill in 70b, 70c, and 70d.

69 If line 68 is more than line 60, subtract line 60 from line 68. This is the amount you overpaid — **69** 258.
70a Amount of line 69 you want refunded to you ► **70a** 258.
▶ b Routing number XXXXXXXXX ► c Type: Checking Savings
▶ d Account number XXXXXXXXXXXXXXXXX
71 Amount of line 69 you want applied to 2004 estimated tax ► 71

**Amount You Owe**

72 Amount you owe. Subtract line 68 from line 60. For details on how to pay, see page 57 ► **72**
73 Estimated tax penalty (see page 58) — 73

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see page 58)? Yes. Complete the following. No
Designee's name _____ Phone no. _____ Personal ID number (PIN) ►

**Sign Here**

Joint return? See page 20. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature _____ Date _____ Your occupation SCHOOL AIDE Daytime phone number
Spouse's signature. If a joint return, both must sign. Date _____ Spouse's occupation

**Paid Preparer's Use Only**

Preparer's signature _____ Date 2/13/2013 Check if self-employed Preparer's SSN or PTIN
Firm's name (or yours if self-employed), address, and ZIP code H AND R BLOCK EASTERN ENTERPRISES VINELAND, NJ 08360 EIN 43-1632899 Phone no. (856) 825-0410

Form 1040 (2003)

| SCHEDULE D | **Capital Gains and Losses** | | OMB No. 1545-0074 |
|---|---|---|---|

**SCHEDULE D (Form 1040)**

Department of the Treasury
Internal Revenue Service  (99)

► Attach to Form 1040.   ► See Instructions for Schedule D (Form 1040).

► Use Schedule D-1 to list additional transactions for lines 1 and 8.

OMB No. 1545-0074

**2003**

Attachment Sequence No. **12**

Name(s) shown on Form 1040

THOMAS C DININIO

Your social security number

**Part I     Short-Term Capital Gains and Losses - Assets Held One Year or Less**

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-6 of the instructions) | (e) Cost or other basis (see page D-6 of the instructions) | (f) Gain or (loss) for the entire year Subtract (e) from (d) | (g) Post-May 5 gain or (loss)* (see below) |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| UBS FINANCIAL | VARIOUS | 09/11/2003 | 280. | 250. | 30. | 30. |
| UBS FINANCIAL | VARIOUS | 08/19/2003 | 2,996. | 2,700. | 296. | 296. |
| UBS FINANCIAL | VARIOUS | 12/30/2003 | 6,796. | 6,600. | 196. | 196. |

| | | | | | |
|---|---|---|---|---|---|
| 2  Enter your short-term totals, if any, from Schedule D-1, line 2 | **2** | | | | |
| 3  Total short-term sales price amounts. Add lines 1 and 2 in column (d) | **3** | 10,072. | | | |
| 4  Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 | | | **4** | | |
| 5  Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | | **5** | | |
| 6  Short-term capital loss carryover. Enter the amount, if any, from line 8 of your 2002 Capital Loss Carryover Worksheet | | | **6** | ( ) | |
| 7a  Combine lines 1 through 5 in column (g). If the result is a loss, enter the result. Otherwise, enter -0-. Do not enter more than zero | | | **7a** | | ( 0. ) |
| b  Net short-term capital gain or (loss). Combine lines 1 through 6 in column (f) | | | **7b** | 522. | |

**Part II     Long-Term Capital Gains and Losses - Assets Held More Than One Year**

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-6 of the instructions) | (e) Cost or other basis (see page D-6 of the instructions) | (f) Gain or (loss) for the entire year Subtract (e) from (d) | (g) Post-May 5 gain or (loss)* (see below) |
|---|---|---|---|---|---|---|
| 8 | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 9  Enter your long-term totals, if any, from Schedule D-1, line 9 | **9** | | | | |
| 10  Total long-term sales price amounts. Add lines 8 and 9 in column (d) | **10** | | | | |
| 11  Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 | | | **11** | | |
| 12  Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | | **12** | (9,306.) | (9,306.) |
| 13  Capital gain distributions. See page D-2 of the instructions | | | **13** | | |
| 14  Long-term capital loss carryover. Enter the amount, if any, from line 13 of your 2002 Capital Loss Carryover Worksheet | | | **14** | ( ) | |
| 15  Combine lines 8 through 13 in column (g). If zero or less, enter -0- | | | **15** | | 0. |
| 16  Net long-term capital gain or (loss). Combine lines 8 through 14 in column (f) Next: Go to Part III on page two. | | | **16** | (9,306.) | |

* Include in column (g) all gains and losses from column (f) from sales, exchanges, or conversions (including installment payments received) after May 5, 2003. However, do not include gain attributable to unrecaptured section 1250 gain, "collectibles gains and losses" (as defined on page D-8 of the instructions) or eligible gain on qualified small business stock (see page D-4 of the instructions).

KBA   For Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule D (Form 1040) 2003

1040-Sch D&1 (2003)         FDD-1V1.13

THOMAS C DININIO

Schedule D (Form 1040) 2003

Page 2

| **Part III** | **Taxable Gain or Deductible Loss** | | | |
|---|---|---|---|---|
| 17a | Combine lines 7b and 16 and enter the result. If a loss, enter -0- on line 17b and go to line 18: | | 17a | (8,784.) |
| | If a gain, enter the gain on Form 1040, line 13a, and go to line 17b below. | | | |
| b | Combine lines 7a and 15. If zero or less, enter - 0-. Then complete Form 1040 through line 40 | | 17b | 0. |
| | Next:  • If line 16 of Schedule D is a gain or you have qualified dividends on Form 1040, line 9b, complete **Part IV** below. | | | |
| | • Otherwise, skip the rest of Schedule D and complete Form 1040. | | | |
| 18 | If line 17a is a loss, enter here and on Form 1040, line 13a, the smaller of (a) that loss or | | 18 | ( 3,000.) |
| | (b) ($3,000) (or, if married filing separately, ($1,500)) (see page D- 7 of the instructions) | | | |
| | Next:  • If you have qualified dividends on Form 1040, line 9b, complete Form 1040 through line 40, and then complete **Part IV** below (but skip lines 19 and 20). | | | |
| | • Otherwise, skip **Part IV** below and complete the rest of Form 1040. | | | |

| **Part IV** | **Tax Computation Using Maximum Capital Gains Rates** | | | |
|---|---|---|---|---|
| | If line 16 or line 17a is zero or less, skip lines 19 and 20 and go to line 21. Otherwise, go to line 19. | | | |
| 19 | Enter your unrecaptured section 1250 gain, if any, from line 18 of the worksheet on page D- 7 | | 19 | |
| 20 | Enter your 28% rate gain, if any, from line 7 of the worksheet on page D- 8 of the instructions | | 20 | |
| | If lines 19 and 20 are zero, go to line 21. Otherwise, complete the worksheet on page D- 11 of the instructions to figure the amount to enter on lines 35 and 53 below, and skip all other lines below. | | | |
| 21 | Enter your taxable income from Form 1040, line 40 | | 21 | |
| 22 | Enter the smaller of line 16 or line 17a, but not less than zero | 22 | | |
| 23 | Enter your qualified dividends from Form 1040, line 9b | 23 | | |
| 24 | Add lines 22 and 23 | 24 | | |
| 25 | Amount from line 4g of Form 4952 (investment interest expense) | 25 | | |
| 26 | Subtract line 25 from line 24. If zero or less, enter - 0- | | 26 | |
| 27 | Subtract line 26 from line 21. If zero or less, enter - 0- | | 27 | |
| 28 | Enter the smaller of line 21 or: | | | |
| | • $56,800 if married filing jointly or qualifying widow(er); | | | |
| | • $28,400 if single or married filing separately; or | 28 | | |
| | • $38,050 if head of household | | | |
| | If line 27 is more than line 28, skip lines 29- 39 and go to line 40. | | | |
| 29 | Enter the amount from line 27 | 29 | | |
| 30 | Subtract line 29 from line 28. If zero or less, enter - 0- and go to line 40 | 30 | | |
| 31 | Add lines 17b and 23* | 31 | | |
| 32 | Enter the smaller of line 30 or line 31 | 32 | | |
| 33 | Multiply line 32 by 5% (.05) | | 33 | |
| | If lines 30 and 32 are the same, skip lines 34- 39 and go to line 40. | | | |
| 34 | Subtract line 32 from line 30 | 34 | | |
| 35 | Enter your qualified 5- year gain, if any, from line 8 of the worksheet on page D- 10 | 35 | | |
| 36 | Enter the smaller of line 34 or line 35 | 36 | | |
| 37 | Multiply line 36 by 8% (.08) | | 37 | |
| 38 | Subtract line 36 from line 34 | 38 | | |
| 39 | Multiply line 38 by 10% (.10) | | 39 | |
| | If lines 26 and 30 are the same, skip lines 40- 49 and go to line 50. | | | |
| 40 | Enter the smaller of line 21 or line 26 | 40 | | |
| 41 | Enter the amount from line 30 (if line 30 is blank, enter - 0- ) | 41 | | |
| 42 | Subtract line 41 from line 40 | 42 | | |
| 43 | Add lines 17b and 23* | 43 | | |
| 44 | Enter the amount from line 32 (if line 32 is blank, enter - 0- ) | 44 | | |
| 45 | Subtract line 44 from line 43 | 45 | | |
| 46 | Enter the smaller of line 42 or line 45 | 46 | | |
| 47 | Multiply line 46 by 15% (.15) | | 47 | |
| 48 | Subtract line 46 from line 42 | 48 | | |
| 49 | Multiply line 48 by 20% (.20) | | 49 | |
| 50 | Figure the tax on the amount on line 27. Use the Tax Table or Tax Rate Schedules, whichever applies | | 50 | |
| 51 | Add lines 33, 37, 39, 47, 49, and 50 | | 51 | |
| 52 | Figure the tax on the amount on line 21. Use the Tax Table or Tax Rate Schedules, whichever applies | | 52 | |
| 53 | **Tax on all taxable income.** Enter the smaller of line 51 or line 52 here and on Form 1040, line 41 | | 53 | |

* If lines 23 and 25 are more than zero, see Lines 31 and 43 on page D- 9 for the amount to enter.

Schedule D (Form 1040) 2003

Schedule E (Form 1040) 2003        Attachment Sequence No. **13**        Page **2**

Name(s) shown on return.

THOMAS C DININIO                    Your social security number

**Part II**   **Income or Loss From Partnerships and S Corporations** Note. If you report a loss from an at- risk activity for which any amount is **not at risk,** you must check column (e) on line 28 and attach Form 6198. See page E- 1.

| 27 | Are you reporting losses not allowed in prior years due to the at- risk or basis limitations, passive losses not reported on Form 8582, or unreimbursed partnership expenses? | ☐ Yes | ☒ No |

If you answered "Yes," see page E- 5 before completing this section.

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K- 1.

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| A | TOM DININIO | P | | 22-2935089 | |
| B | | | | | |
| C | | | | | |
| D | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach Form 8582 if required) | (g) Passive income from Schedule K- 1 | (h) Nonpassive loss from Schedule K- 1 | (i) Section 179 expense deduction from Form 4562 | (j) Nonpassive income from Schedule K- 1 |
| A | | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| 29a Totals | | | | | |
| b Totals | | | | | |

| | | | | |
|---|---|---|---|---|
| 30 | Add columns (g) and (j) of line 29a | | **30** | 0. |
| 31 | Add columns (f), (h), and (i) of line 29b | | **31** | ( ) |
| 32 | Total partnership and S corporation income or (loss). Combine lines 30 and 31. Enter the result here and include in the total on line 41 below | | **32** | 0. |

**Part III**   **Income or Loss From Estates and Trusts**

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K- 1 | (e) Deduction or loss from Schedule K- 1 | (f) Other income from Schedule K- 1 |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

| | | | | |
|---|---|---|---|---|
| 35 | Add columns (d) and (f) of line 34a | | **35** | |
| 36 | Add columns (c) and (e) of line 34b | | **36** | ( ) |
| 37 | Total estate and trust income or (loss). Combine lines 35 and 36. Enter the result here and include in the total on line 41 below | | **37** | |

**Part IV**   **Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) - Residual Holder**

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see page E- 6) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| | | | | |
|---|---|---|---|---|
| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below | | **39** | |

**Part V**   **Summary**

| | | | | |
|---|---|---|---|---|
| 40 | Net farm rental income or (loss) from Form 4835. Also, complete line 42 below | | **40** | |
| 41 | Total income or (loss). Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17 ▶ | | **41** | 0. |
| 42 | Reconciliation of Farming and Fishing Income. Enter your gross farming and fishing income reported on Form 4835, line 7; Schedule K- 1 (Form 1065), line 15b; Schedule K- 1 (Form 1120S), line 23; and Schedule K- 1 (Form 1041), line 14 (see page E- 6) | **42** | | |
| 43 | Reconciliation for Real Estate Professionals. If you were a real estate professional (see page E- 1), enter the net income or (loss) you reported anywhere on Form 1040 from all rental real estate activities in which you materially participated under the passive activity loss rules | **43** | | |

1040- Sch E (2003)      FPF 1V17            Schedule E (Form 1040) 2003

Form **8582**

Department of the Treasury
Internal Revenue Service

# Passive Activity Loss Limitations

▶ See separate instructions.
▶ Attach to Form 1040 or Form 1041.

OMB No. 1545-1008

**2003**

Attachment
Sequence No. **88**

Name(s) shown on return

THOMAS C DININIO

Identifying number

| Part I | 2003 Passive Activity Loss |
|---|---|

**Caution:** See the instructions for Worksheets 1, 2, and 3 on pages 7 and 8 before completing Part I.

**Rental Real Estate Activities With Active Participation** (For the definition of active participation see **Special Allowance for Rental Real Estate Activities** on page 3 of the instructions.)

| | | | |
|---|---|---|---|
| 1a | Activities with net income (enter the amount from Worksheet 1, column (a)) | 1a | |
| b | Activities with net loss (enter the amount from Worksheet 1, column (b)) | 1b ( | ) |
| c | Prior years unallowed losses (enter the amount from Worksheet 1, column (c)) | 1c ( | ) |
| d | Combine lines 1a, 1b, and 1c | 1d | |

**Commercial Revitalization Deductions From Rental Real Estate Activities**

| | | | |
|---|---|---|---|
| 2a | Commercial revitalization deductions from Worksheet 2, column (a). | 2a ( | ) |
| b | Prior year unallowed commercial revitalization deductions from Worksheet 2, column (b) | 2b ( | ) |
| c | Add lines 2a and 2b | 2c ( | ) |

**All Other Passive Activities**

| | | | |
|---|---|---|---|
| 3a | Activities with net income (enter the amount from Worksheet 3, column (a)) | 3a | |
| b | Activities with net loss (enter the amount from Worksheet 3, column (b)) | 3b | 9,306. |
| c | Prior years unallowed losses (enter the amount from Worksheet 3, column (c)) | 3c ( | ) |
| d | Combine lines 3a, 3b, and 3c | 3d | (9,306.) |
| 4 | Combine lines 1d, 2c, and 3d. If the result is net income or zero, all losses are allowed, including any prior year unallowed losses entered on line 1c, 2b, or 3c. Do not complete Form 8582. Report the losses on the forms and schedules normally used | 4 | (9,306.) |

If line 4 is a loss and:
- Line 1d is a loss, go to Part II.
- Line 2c is a loss (and line 1d is zero or more), skip Part II and go to Part III.
- Line 3d is a loss (and lines 1d and 2c are zero or more), skip Parts II and III and go to line 15.

**Caution:** If your filing status is married filing separately and you lived with your spouse at any time during the year, **do not complete Part II or Part III.** Instead, go to line 15.

| Part II | Special Allowance for Rental Real Estate With Active Participation |
|---|---|

**Note:** Enter all numbers in Part II as positive amounts. See page 8 for an example.

| | | | |
|---|---|---|---|
| 5 | Enter the smaller of the loss on line 1d or the loss on line 4 | 5 | |
| 6 | Enter $150,000. If married filing separately, see page 8 | 6 | |
| 7 | Enter modified adjusted gross income, but not less than zero (see page 8) | 7 | |
| | **Note:** If line 7 is greater than or equal to line 6, skip lines 8 and 9, enter -0- on line 10. Otherwise, go to line 8. | | |
| 8 | Subtract line 7 from line 6 | 8 | |
| 9 | Multiply line 8 by 50% (.5). Do not enter more than $25,000. If married filing separately, see page 8 | 9 | |
| 10 | Enter the smaller of line 5 or line 9 | 10 | |

If line 2c is a loss, go to Part III. Otherwise, go to line 15.

| Part III | Special Allowance for Commercial Revitalization Deductions From Rental Real Estate Activities |
|---|---|

**Note:** Enter all numbers in Part III as positive amounts. See the example for Part II on page 8.

| | | | |
|---|---|---|---|
| 11 | Enter $25,000 reduced by the amount, if any, on line 10. If married filing separately, see instructions | 11 | |
| 12 | Enter the loss from line 4 | 12 | |
| 13 | Reduce line 12 by the amount on line 10 | 13 | |
| 14 | Enter the smallest of line 2c (treated as a positive amount), line 11, or line 13 | 14 | |

| Part IV | Total Losses Allowed |
|---|---|

| | | | |
|---|---|---|---|
| 15 | Add the income, if any, on lines 1a and 3a and enter the total | 15 | |
| 16 | **Total losses allowed from all passive activities for 2003.** Add lines 10, 14, and 15. See page 11 of the instructions to find out how to report the losses on your tax return | 16 | |

KBA   For Paperwork Reduction Act Notice, see page 12 of the instructions.

Form **8582** (2003)

Form 8582 (2003)  THOMAS C DININIO

**Caution:** The worksheets must be filed with your tax return. Keep a copy for your records.

**Worksheet 1 – For Form 8582, Lines 1a, 1b, and 1c** (See page 7 of the instructions.)

| Name of activity | Current year (a) Net income (line 1a) | (b) Net loss (line 1b) | Prior years (c) Unallowed loss (line 1c) | Overall gain or loss (d) Gain | (e) Loss |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total. Enter on Form 8582, lines 1a, 1b, and 1c     ▶ | | | | ///// | ///// |

**Worksheet 2 – For Form 8582, Lines 2a and 2b** (See page 8 of the instructions.)

| Name of activity | (a) Current year deductions (line 2a) | (b) Prior year unallowed deductions (line 2b) | (c) Overall loss |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| Total. Enter on Form 8582, lines 2a and 2b     ▶ | | | ///// |

**Worksheet 3 – For Form 8582, Lines 3a, 3b, and 3c** (See page 8 of the instructions.)

| Name of activity | Current year (a) Net income (line 3a) | (b) Net loss (line 3b) | Prior years (c) Unallowed loss (line 3c) | Overall gain or loss (d) Gain | (e) Loss |
|---|---|---|---|---|---|
| TOM DININIO | | 9,306 | | | 9,306 |
| | | | | | |
| | | | | | |
| | | | | | |
| Total. Enter on Form 8582, lines 3a, 3b, and 3c     ▶ | | 9,306 | | ///// | ///// |

**Worksheet 4 – Use this worksheet if an amount is shown on Form 8582, line 10 or 14** (See page 9.)

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Ratio | (c) Special allowance | (d) Subtract column (c) from column (a) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total     ▶ | | | 1.00 | | |

**Worksheet 5 – Allocation of Unallowed Losses** (See page 9 of the instructions.)

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Ratio | (c) Unallowed loss |
|---|---|---|---|---|
| TOM DININIO | SCH E L28 | 9,306 | 1.00000 | 9,306 |
| | | | | |
| | | | | |
| | | | | |
| Total     ▶ | | 9,306 | 1.00 | 9,306 |

Form 8582 (2003)

8582 (2003)        FD8582  2V1 91

Form 8582 (2003)   THOMAS C DININIO                                                          Page 3

## Worksheet 6 - Allowed Losses (See page 9 of the instructions.)

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Unallowed loss | (c) Allowed loss |
|---|---|---|---|---|
| TOM DININIO | SCH E L28 | 9,306 | 9,306 | |
| | | | | |
| | | | | |
| | | | | |
| Total ▶ | | 9,306 | 9,306 | |

## Worksheet 7 - Activities With Losses Reported on Two or More Different Forms or Schedules (See page 10.)

Name of Activity:

| | (a) | (b) | (c) Ratio | (d) Unallowed loss | (e) Allowed loss |
|---|---|---|---|---|---|
| Form or schedule and line number to be reported on (see instructions): _____ | | | | | |
| 1a Net loss plus prior year unallowed loss from form or schedule . . . . ▶ | | | | | |
| b Net income from form or schedule . . . . . . . ▶ | | | | | |
| c Subtract line 1b from line 1a. If zero or less, enter -0- ▶ | | | | | |
| Form or schedule and line number to be reported on (see instructions): _____ | | | | | |
| 1a Net loss plus prior year unallowed loss from form or schedule . . . . . ▶ | | | | | |
| b Net income from form or schedule . . . . . . . ▶ | | | | | |
| c Subtract line 1b from line 1a. If zero or less, enter -0- ▶ | | | | | |
| Form or schedule and line number to be reported on (see instructions): _____ | | | | | |
| 1a Net loss plus prior year unallowed loss from form or schedule . . . . ▶ | | | | | |
| b Net income from form or schedule . . . . . . . ▶ | | | | | |
| c Subtract line 1b from line 1a. If zero or less, enter -0- . . . ▶ | | | | | |
| Total . . . . . . . . . . . . . . . ▶ | | | 1.00 | | |

8582 (2003)              FD8582-3V 1.91                              Form 8582 (2003)

```
                            Supporting Schedules
Name: THOMAS C DININIO                                                 2003
                                              SSN:
--------------------------------------------------------------------------
Federal
Schedule D, Page 1
Capital Gain/Loss from Schedules K1
--------------------------------------------------------------------------
```

| Name | EIN | Term Held | Taxable Amount | Post-May 5 gain/loss |
|------|-----|-----------|----------------|----------------------|
| TOM DININIO | 22-2935089 | L | (9,306) | (9,306) |

ge: 1 Document Name: CSC_IDRS

PTRNO2436891522003000000          *(TY2003)                    PAGE 0001 OF 0009

DCUMENT TYPE: W-2
YEE ENTITY DATA:
HOMAS C DININIO
209 BUTTONWOOD LA
ILLVILLE
TATE: NJ ZIP: 08332-0000

COUNT NUMBER: N/A
YER ENTITY DATA:          216000248
ILLVILLE BOARD OF EDUCATION
) BOX 5010 COMPUTER ROOM
ILLVILLE                    NJ 08332

PE OF EMPLOYMENT: ALL OTHERS                   STATUTORY EMPLOYEE IND: NO
ED TAX WH...........$0
GES.............$3,360+
) SEC WH..........$208+
) SEC WAG.......$3,360+
DCARE WH..........$48+
DCARE WG.......$3,360+

*************************    TAXPAYER   COPY    ***************************

ate: 12/13/2012 Time: 11:21:45 AM

je: 1 Document Name: CSC_IDRS

'TRNO2436891522003000000          *(TY2003)

)CUMENT TYPE: 5498
'EE ENTITY DATA:            `- ^^.-
:A FBO THOMAS' C DININIO
'09 BUTTONWOOD LANE
LLVILLE
ATE: NJ ZIP: 08332-3615              IRA CODE: CHECKED
                                     SEP CODE: NOT CHECKED
OUNT NUMBER: 3N60468024368915        SIMPLE CODE: NOT CHECKED
'ER ENTITY DATA:      132638166
S FINANCIAL SERVICES INCORPORATED    ROTH IRA CODE: NOT CHECKED
00 HARBOR BLVD 6TH FL                RMD FOR SUBSEQUENT YEAR: NOT CHECKED
EHAWKEN            NJ 07087

IV ACCT..........$9,800+


*************************   TAXPAYER  COPY   ***************************

PTRN02436891522003000000                    *(TY2003)

DCUMENT TYPE: 5498                                          PAGE 0003 OF 0009
/EE ENTITY DATA:
HOMAS C DININIO
?09 BUTTONWOOD LN
:LLVILLE
TATE: NJ ZIP: 08332-3615
                                        IRA CODE: CHECKED
                                        SEP CODE: NOT CHECKED
COUNT NUMBER: DTJ00018501000181150      SIMPLE CODE: NOT CHECKED
/ER ENTITY DATA:        132656035
IE GUARDIAN PARK AVENUE FUND
· STATE STREET BANK TRUST C/O BFDS SER  ROTH IRA CODE: NOT CHECKED
) BOX 219611                            RMD FOR SUBSEQUENT YEAR: NOT CHECKED
INSAS CITY            MO 64121

IV ACCT...........$746+

:************************       TAXPAYER  COPY       ***************************

PTRN024368915222003000000          *(TY2003)

                                                      PAGE 0004 OF 0009
JCUMENT TYPE   K-1  1120S
YEE ENTITY DATA:
JM DININIO
209 BUTTONWOOD LN
ELLVILLE
TATE: NJ ZIP: 08332-0000


YER ENTITY DATA:        222935089
HOMAS DININIO INC
209 BUTTONWOOD LN
ELLVILLE                  NJ 08332


ED TAX WH..........$0
R INC K-1.......$9,306-


**********************   TAXPAYER  COPY   ***************************

ate: 12/13/2012 Time: 11:22:20 AM

je: 1 Document Name: CSC_IDRS

'TRN02436891522003000000                      *(TY2003)

)CUMENT TYPE: 1099-B                                      PAGE 0005 OF 0009
'EE ENTITY DATA:
)M DININIO
:09 BUTTONWOOD LANE
:LLVILLE NJ 08332-361
'ATE: NJ ZIP: 08332-3615

                                        SALES DATE: 09-11-2003
:OUNT NUMBER: 3N0161900512349           GROSS INCLUDES COMMISSIONS: NO
'ER ENTITY DATA:      132638166         GROSS EXCLUDES COMMISSIONS: YES
:S FINANCIAL SERVICES INC.              CUSIP NUMBER:     0002008E9
:00 LINCOLN HARBOR BLVD                 NO SECOND NOTICE
:EHAWKEN              NJ 07086

'EM DESCRIPTION: N/A
:D TAX WH...........$0
:OCK&BOND.........$280+

                    $\partial^{50}$

************************   TAXPAYER  COPY   ***************************

                         $11^{30}$

ge: 1 Document Name: CSC_IDRS

PTRN024368915220030000000 *(TY2003)

)CUMENT TYPE: 1099-B
PAGE 0006 OF 0009
YEE ENTITY DATA:
)M DININIO
209 BUTTONWOOD LANE
ILLVILLE NJ 08332-361
TATE: NJ ZIP: 08332-3615

SALES DATE: 08-19-2003
:OUNT NUMBER: 3N0161900512348
GROSS INCLUDES COMMISSIONS: NO
/ER ENTITY DATA: 132638166
GROSS EXCLUDES COMMISSIONS: YES
3S FINANCIAL SERVICES INC.
CUSIP NUMBER: 0005084B0
)00 LINCOLN HARBOR BLVD
NO SECOND NOTICE
:EHAWKEN NJ 07086

EM DESCRIPTION: N/A
:D TAX WH............$0
OCK&BOND........$2,996+

************************* TAXPAYER COPY ****************************

te: 12/13/2012 Time: 11:22:23 AM

ge: 1 Document Name: CSC_IDRS

PTRN02436891522003000000        *(TY2003)

PAGE 0007 OF 0009

OCUMENT TYPE: 1099-B
YEE ENTITY DATA:
OM DININIO
209 BUTTONWOOD LANE
LLVILLE NJ 08332-361
TATE: NJ ZIP: 08332-3615

COUNT NUMBER: 3N0161900512350
VER ENTITY DATA:        132638166
BS FINANCIAL SERVICES INC.
00 LINCOLN HARBOR BLVD
EEHAWKEN               NJ 07086

TEM DESCRIPTION: N/A
ED TAX WH............$0
OCK&BOND........$6,796+

SALES DATE: 12-30-2003
GROSS INCLUDES COMMISSIONS: NO
GROSS EXCLUDES COMMISSIONS: YES
CUSIP NUMBER:      0002008E9
NO SECOND NOTICE

:************************        TAXPAYER   COPY   ****************************

ate: 12/13/2012 Time: 11:22:25 AM

PTRN02436891522003000000          *(TY2003)

)CUMENT TYPE: 1098
YER/BORROWER:              ·15
ININIO THOMAS C
209 BUTTONWOOD LANE
ILLVILLE
TATE: NJ ZIP: 08332-0000

COUNT NUMBER: 00840962
CIPIENT/LENDER:      210744653
RIDGETON ONIZED FCU
550 S MAIN ROAD
INELAND              NJ 08360

TG INT PD........$3,451+


**************************    TAXPAYER  COPY    ***************************

TRNO2436891522003000000          *(TY2003)

PAGE 0009 OF 0009

)CUMENT TYPE: 1099-DIV
/EE ENTITY DATA:
HOMAS C DININIO
!09 BUTTONWOOD LANE
!LLVILLE
[ATE: NJ ZIP: 08332-0000          NO SECOND NOTICE

:OUNT NUMBER: 001 000001493
/ER ENTITY DATA:       371191206
:ONEER RAILCORP
118 SOUTH JOHANSON ROAD
:ORIA                  IL 61607

:D TAX WH...........$0
!D DIV.............$10+
.F DVDNDS..........$10+

:***************************   TAXPAYER   COPY   ***************************

e: 1 Document Name: CSC_IDRS

'TRW02436891522003000000
```
             ***(TY2003) IRMF ON LINE TRANSCRIPT SYSTEM SUMMARY***
N- 024368915  TIN TYPE AND VALIDITY- 2  DOCUMENT CODE- 00              9 DOCS
OUP            AMOUNT                  GROUP            AMOUNT
GES.............$3,360+
D DIV............$10+
OCK&BOND.......$10,072+
D INCOME...........$0+
   "       .......$9,306-    (CORR/AMD)
) SEC WH...........$208+
DCARE WH..........$48+
DCARE WG........$3,360+
G INT PD........$3,451+
```

TER=PAYE(E),PAYE(R),(O)NLINE,(W)HITE OUT,IRPO(L),HARD(C)OPY OR (H)ELP

Attachment B

Form **1040X**
(Rev. December 2012)

Department of the Treasury—Internal Revenue Service
**Amended U.S. Individual Income Tax Return**
► Information about Form 1040X and its separate instructions is at *www.irs.gov/form1040x*.

OMB No. 1545-0074

This return is for calendar year ☐ 2012  ☐ 2011  ☐ 2010  ☐ 2009
Other year. Enter one: calendar year  2007  or fiscal year (month and year ended):

| | | |
|---|---|---|
| Your first name and initial | Last name | Your social security number |
| Thomas Charles | Dininio | 0 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |

Home address (number and street). If you have a P.O. box, see instructions.   Apt. no.   Your phone number
2209 Buttonwood La                                                                           856 327 1916

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
Millville, NJ 08332

Foreign country name     Foreign province/state/county     Foreign postal code

**Amended return filing status.** You **must** check one box even if you are not changing your filing status.
*Caution. In general, you cannot change your filing status from joint to separate returns after the due date.*

☑ Single            ☐ Married filing jointly      ☐ Married filing separately
☐ Qualifying widow(er)   ☐ Head of household (If the qualifying person is a child but not your dependent, see instructions.)

**Use Part III on the back to explain any changes**

| | | | A. Original amount or as previously adjusted (see instructions) | B. Net change— amount of increase or (decrease)— explain in Part III | C. Correct amount |
|---|---|---|---|---|---|
| **Income and Deductions** | | | | | |
| 1 | Adjusted gross income. If net operating loss (NOL) carryback is included, check here . . . . . . . . . . ► ☐ | 1 | 63123 | 62288 | 835 |
| 2 | Itemized deductions or standard deduction | 2 | 9751 | (4401) | 5350 |
| 3 | Subtract line 2 from line 1 | 3 | 53372 | (53372) | 0 |
| 4 | Exemptions. **If changing, complete Part I on page 2 and enter the amount from line 30** | 4 | 3400 | 0 | 3400 |
| 5 | Taxable income. Subtract line 4 from line 3 . . . . . . . . . . | 5 | 49972 | (49972) | 0 |
| **Tax Liability** | | | | | |
| 6 | Tax. Enter method used to figure tax: _____ | 6 | 8918 | (8918) | 0 |
| 7 | Credits. If general business credit carryback is included, check here . . . . . . . . . . . . . . . . ► ☐ | 7 | 0 | 0 | 0 |
| 8 | Subtract line 7 from line 6. If the result is zero or less, enter -0- . . . | 8 | 8918 | (8918) | 0 |
| 9 | Other taxes . . . . . . . . . . . . . . . . . . | 9 | 8801 | (8801) | 0 |
| 10 | Total tax. Add lines 8 and 9 . . . . . . . . . . . . . | 10 | 17719 | (17719) | 0 |
| **Payments** | | | | | |
| 11 | Federal income tax withheld and excess social security and tier 1 RRTA tax withheld (**if changing**, see instructions) . . . . . . . . . | 11 | 0 | 0 | 0 |
| 12 | Estimated tax payments, including amount applied from prior year's return . . . . . . . . . . . . . . . . . . . | 12 | 0 | 0 | 0 |
| 13 | Earned income credit (EIC) . . . . . . . . . . . . . | 13 | 0 | unknown | unknown |
| 14 | Refundable credits from Schedule(s) ☐8812 or ☐M or Form(s) ☐2439 ☐4136 ☐5405 ☐8801 ☐8812 (2009–2011) ☐8839 ☐8863 ☐8885 or ☐other (specify): | 14 | 0 | 0 | 0 |
| 15 | Total amount paid with request for extension of time to file, tax paid with original return, and additional tax paid after return was filed | 15 | | | 0 |
| 16 | Total payments. Add lines 11 through 15 | 16 | | | 0 |
| **Refund or Amount You Owe** *(Note. Allow 8–12 weeks to process Form 1040X.)* | | | | | |
| 17 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS . . . . . . | 17 | | | 0 |
| 18 | Subtract line 17 from line 16 (If less than zero, see instructions) | 18 | | | 0 |
| 19 | **Amount you owe.** If line 10, column C, is more than line 18, enter the difference | 19 | | | 0 |
| 20 | If line 10, column C, is less than line 18, enter the difference. This is the amount **overpaid** on this return | 20 | | | 0 |
| 21 | Amount of line 20 you want **refunded to you** . . . . . . . . | 21 | | | 0 |
| 22 | Amount of line 20 you want **applied to your** (enter year): _____ estimated tax . 22 | 0 | | | |

**Complete and sign this form on Page 2.**

For Paperwork Reduction Act Notice, see instructions.     Cat. No. 11360L     Form **1040X** (Rev. 12-2012)

Form 1040X (Rev. 12-2012)                *Tax year 2007*                           Page **2**

| **Part I** | **Exemptions** |
|---|---|

Complete this part **only** if you are:
- Increasing or decreasing the number of exemptions (personal and dependents) claimed on line 6d of the return you are amending, or
- Increasing or decreasing the exemption amount for housing individuals displaced by a Midwestern disaster in 2009.

See *Form 1040* or *Form 1040A instructions and Form 1040X instructions.*

| | | | A. Original number of exemptions or amount reported or as previously adjusted | B. Net change | C. Correct number or amount |
|---|---|---|---|---|---|
| 23 | Yourself and spouse. ***Caution.*** *If someone can claim you as a dependent, you cannot claim an exemption for yourself* . . . . . | 23 | | | |
| 24 | Your dependent children who lived with you . . . . . | 24 | | | |
| 25 | Your dependent children who did not live with you due to divorce or separation | 25 | | | |
| 26 | Other dependents . . . . . . . . . . . . | 26 | | | |
| 27 | Total number of exemptions. Add lines 23 through 26 . . . . . . | 27 | | | |
| 28 | Multiply the number of exemptions claimed on line 27 by the exemption amount shown in the instructions for line 28 for the year you are amending . . . . . . . . . . . . . . . | 28 | | | |
| 29 | If you are claiming an exemption amount for housing individuals displaced by a Midwestern disaster, enter the amount from Form 8914, line 6 for 2009 | 29 | | | |
| 30 | Add lines 28 and 29. Enter the result here and on line 4 on page 1 of this form | 30 | | | |

31   List **ALL** dependents (children and others) claimed on this amended return. If more than 4 dependents, see instructions.

| (a) First name    Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check box if qualifying child for child tax credit (see instructions) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

| **Part II** | **Presidential Election Campaign Fund** |
|---|---|

Checking below will not increase your tax or reduce your refund.
- ☐   Check here if you did not previously want $3 to go to the fund, but now do.
- ☐   Check here if this is a joint return and your spouse did not previously want $3 to go to the fund, but now does.

| **Part III** | **Explanation of changes.** In the space provided below, tell us why you are filing Form 1040X. |
|---|---|

▶ Attach any supporting documents and new or changed forms and schedules.

The IRS through R/A Fillion is alleging that I had income of which I am not aware. I have repeatedly asked for details to identify this alleged income and have been met with silence.

## Sign Here
**Remember to keep a copy of this form for your records.**

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information about which the preparer has any knowledge.

OFFICIAL SEAL
EVELYN R. NIEVES
NOTARY PUBLIC - NEW JERSEY
My Comm. Expires Feb. 27, 2016

▶ _____     24 Sept /13     ▶ _____
  Your signature                   Date            Spouse's signature. If a joint return, **both** must sign.     Date

**Paid Preparer Use Only**
▶

| Preparer's signature | Date | Firm's name (or yours if self-employed) |
|---|---|---|

| Print/type preparer's name | | Firm's address and ZIP code |
|---|---|---|

| PTIN | ☐ Check if self-employed | Phone number | EIN |
|---|---|---|---|

For forms and publications, visit IRS.gov.                                    Form **1040X** (Rev. 12-2012)

Attachment C

Form **1040X**
(Rev. December 2012)

Department of the Treasury—Internal Revenue Service
**Amended U.S. Individual Income Tax Return**
▶ Information about Form 1040X and its separate instructions is at www.irs.gov/form1040x.

OMB No. 1545-0074

**This return is for calendar year** ☐ 2012  ☐ 2011  ☐ 2010  ☐ 2009
**Other year.** Enter one: calendar year __2008__  **or** fiscal year (month and year ended):

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Thomas Charles | Dininio | |

If a joint return, spouse's first name and initial | Last name | Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | Your phone number
2209 Buttonwood La | | 856 327 1916

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
Millville, NJ 08332

Foreign country name | Foreign province/state/county | Foreign postal code

**Amended return filing status.** You **must** check one box even if you are not changing your filing status.
*Caution. In general, you cannot change your filing status from joint to separate returns after the due date.*

☑ Single   ☐ Married filing jointly   ☐ Married filing separately
☐ Qualifying widow(er)   ☐ Head of household (If the qualifying person is a child but not your dependent, see instructions.)

Use Part III on the back to explain any changes

| | | | A. Original amount or as previously adjusted (see instructions) | B. Net change—amount of increase or (decrease)—explain in Part III | C. Correct amount |
|---|---|---|---|---|---|
| **Income and Deductions** | | | | | |
| 1 | Adjusted gross income. If net operating loss (NOL) carryback is included, check here ▶ ☐ | 1 | 158713 | (158073) | 640 |
| 2 | Itemized deductions or standard deduction | 2 | 13851 | (8401) | 5450 |
| 3 | Subtract line 2 from line 1 | 3 | 144862 | (144042) | 640 |
| 4 | Exemptions. **If changing, complete Part I on page 2 and enter the amount from line 30** | 4 | 3500 | 0 | 3500 |
| 5 | Taxable income. Subtract line 4 from line 3 | 5 | 141362 | (141362) | 0 |
| **Tax Liability** | | | | | |
| 6 | Tax. Enter method used to figure tax: | 6 | 33560 | (33560) | 0 |
| 7 | Credits. If general business credit carryback is included, check here ▶ ☐ | 7 | 0 | 0 | 0 |
| 8 | Subtract line 7 from line 6. If the result is zero or less, enter -0- | 8 | 33560 | (33560) | 0 |
| 9 | Other taxes | 9 | 16802 | (16802) | 0 |
| 10 | Total tax. Add lines 8 and 9 | 10 | 50362 | (50362) | 0 |
| **Payments** | | | | | |
| 11 | Federal income tax withheld and excess social security and tier 1 RRTA tax withheld (**if changing**, see instructions) | 11 | 0 | 0 | 0 |
| 12 | Estimated tax payments, including amount applied from prior year's return | 12 | 0 | 0 | 0 |
| 13 | Earned income credit (EIC) | 13 | 0 | unknown | unknown |
| 14 | Refundable credits from Schedule(s) ☐ 8812 or ☐ M or Form(s) ☐ 2439 ☐ 4136 ☐ 5405 ☐ 8801 ☐ 8812 (2009–2011) ☐ 8839 ☐ 8863 ☐ 8885 or ☐ other (specify): | 14 | 0 | 0 | 0 |
| 15 | Total amount paid with request for extension of time to file, tax paid with original return, and additional tax paid after return was filed | | | 15 | 0 |
| 16 | Total payments. Add lines 11 through 15 | | | 16 | 0 |
| **Refund or Amount You Owe** (*Note. Allow 8–12 weeks to process Form 1040X.*) | | | | | |
| 17 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS | | | 17 | 0 |
| 18 | Subtract line 17 from line 16 (If less than zero, see instructions) | | | 18 | 0 |
| 19 | **Amount you owe.** If line 10, column C, is more than line 18, enter the difference | | | 19 | 0 |
| 20 | If line 10, column C, is less than line 18, enter the difference. This is the amount **overpaid** on this return | | | 20 | 0 |
| 21 | **Amount of line 20 you want refunded to you** | | | 21 | 0 |
| 22 | Amount of line 20 you want **applied to your** (enter year): _____ **estimated tax** ▶ 22 | 0 | | | |

**Complete and sign this form on Page 2.**

For Paperwork Reduction Act Notice, see instructions.   Cat. No. 11360L   Form **1040X** (Rev. 12-2012)

Form 1040X (Rev. 12-2012)                *Tax year 2008*                                                          Page **2**

| **Part I** | **Exemptions** |
|---|---|

Complete this part **only** if you are:
- Increasing or decreasing the number of exemptions (personal and dependents) claimed on line 6d of the return you are amending, or
- Increasing or decreasing the exemption amount for housing individuals displaced by a Midwestern disaster in 2009.

See *Form 1040 or Form 1040A instructions and Form 1040X instructions.*

|  |  |  | A. Original number of exemptions or amount reported or as previously adjusted | B. Net change | C. Correct number or amount |
|---|---|---|---|---|---|
| 23 | Yourself and spouse. *Caution. If someone can claim you as a dependent, you cannot claim an exemption for yourself* . . . . . | 23 |  |  |  |
| 24 | Your dependent children who lived with you . . . . . | 24 |  |  |  |
| 25 | Your dependent children who did not live with you due to divorce or separation | 25 |  |  |  |
| 26 | Other dependents . . . . . . . . . | 26 |  |  |  |
| 27 | Total number of exemptions. Add lines 23 through 26 . . . . . . . | 27 |  |  |  |
| 28 | Multiply the number of exemptions claimed on line 27 by the exemption amount shown in the instructions for line 28 for the year you are amending . . . . . . . . . . | 28 |  |  |  |
| 29 | If you are claiming an exemption amount for housing individuals displaced by a Midwestern disaster, enter the amount from Form 8914, line 6 for 2009 . . . | 29 |  |  |  |
| 30 | Add lines 28 and 29. Enter the result here and on line 4 on page 1 of this form | 30 |  |  |  |

31  List **ALL** dependents (children and others) claimed on this amended return. If more than 4 dependents, see instructions.

| (a) First name          Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check box if qualifying child for child tax credit (see instructions) |
|---|---|---|---|
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |

| **Part II** | **Presidential Election Campaign Fund** |
|---|---|

Checking below will not increase your tax or reduce your refund.
☐  Check here if you did not previously want $3 to go to the fund, but now do.
☐  Check here if this is a joint return and your spouse did not previously want $3 to go to the fund, but now does.

| **Part III** | **Explanation of changes.** In the space provided below, tell us why you are filing Form 1040X. |
|---|---|

▶ Attach any supporting documents and new or changed forms and schedules.

The IRS through R/A Fillion is alleging that I had income of which I am not aware. ~~I~~ identify this alleged income and have been met with silence.

**Sign Here**
Remember to keep a copy of this form for your records.

*OFFICIAL SEAL*
*EVELYN R. NIEVES*
*NOTARY PUBLIC - NEW JERSEY*
*My Comm. Expires Feb. 27, 2018*

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information about which the preparer has any knowledge.

▶ _X_____   24 Sept 13 ▶ _____   ▶ _____  _____
Your signature                                Date            Spouse's signature. If a joint return, **both** must sign.   Date

**Paid Preparer Use Only**
▶

_____   _____   _____
Preparer's signature                            Date            Firm's name (or yours if self-employed)

_____   ☐ Check if self-employed   _____
Print/type preparer's name                                       Firm's address and ZIP code

_____                  _____
PTIN                                                             Phone number              EIN

For forms and publications, visit IRS.gov.                                          Form **1040X** (Rev. 12-2012)

# Attachment D

Form **1040X**
(Rev. December 2012)

Department of the Treasury—Internal Revenue Service
## Amended U.S. Individual Income Tax Return
▶ Information about Form 1040X and its separate instructions is at *www.irs.gov/form1040x*.

OMB No. 1545-0074

This return is for calendar year ☐ 2012  ☐ 2011  ☐ 2010  ☑ 2009
Other year. Enter one: calendar year _____ or fiscal year (month and year ended): _____

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Thomas Charles | Dininio | |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |

| Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | Your phone number |
|---|---|---|
| 2209 Buttonwood La | | 856 327 1916 |

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
Millville, NJ 08332

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

**Amended return filing status.** You **must** check one box even if you are not changing your filing status.
*Caution. In general, you cannot change your filing status from joint to separate returns after the due date.*

☑ Single
☐ Married filing jointly
☐ Married filing separately
☐ Qualifying widow(er)
☐ Head of household (If the qualifying person is a child but not your dependent, see instructions.)

### Use Part III on the back to explain any changes

| | | | A. Original amount or as previously adjusted (see instructions) | B. Net change— amount of increase or (decrease)— explain in Part III | C. Correct amount |
|---|---|---|---|---|---|
| **Income and Deductions** | | | | | |
| 1 | Adjusted gross income. If net operating loss (NOL) carryback is included, check here ▶ ☐ | 1 | 95064 | 94704 | 360 |
| 2 | Itemized deductions or standard deduction | 2 | 13851 | (8401) | 5450 |
| 3 | Subtract line 2 from line 1 | 3 | 81213 | (81213) | 360 |
| 4 | Exemptions. **If changing, complete Part I on page 2 and enter the amount from line 30** | 4 | 3650 | 0 | 3650 |
| 5 | Taxable income. Subtract line 4 from line 3 | 5 | 79023 | (78663) | 360 |
| **Tax Liability** | | | | | |
| 6 | Tax. Enter method used to figure tax: _____ | 6 | 15944 | (15944) | 0 |
| 7 | Credits. If general business credit carryback is included, check here ▶ ☐ | 7 | 0 | 0 | 0 |
| 8 | Subtract line 7 from line 6. If the result is zero or less, enter -0- | 8 | 15944 | (15944) | 0 |
| 9 | Other taxes | 9 | 13381 | (13381) | 0 |
| 10 | Total tax. Add lines 8 and 9 | 10 | 29325 | (29325) | 0 |
| **Payments** | | | | | |
| 11 | Federal income tax withheld and excess social security and tier 1 RRTA tax withheld (**if changing,** see instructions) | 11 | 0 | 0 | 0 |
| 12 | Estimated tax payments, including amount applied from prior year's return | 12 | 0 | 0 | 0 |
| 13 | Earned income credit (EIC) | 13 | 0 | unknown | unknown |
| 14 | Refundable credits from Schedule(s) ☐ 8812 or ☐ M or Form(s) ☐ 2439 ☐ 4136 ☐ 5405 ☐ 8801 ☐ 8812 (2009–2011) ☐ 8839 ☐ 8863 ☐ 8885 or ☐ other (specify): | 14 | 0 | 0 | 0 |
| 15 | Total amount paid with request for extension of time to file, tax paid with original return, and additional tax paid after return was filed | | | 15 | 0 |
| 16 | Total payments. Add lines 11 through 15 | | | 16 | 0 |

**Refund or Amount You Owe** *(Note. Allow 8–12 weeks to process Form 1040X.)*

| | | | | |
|---|---|---|---|---|
| 17 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS | | 17 | 0 |
| 18 | Subtract line 17 from line 16 (If less than zero, see instructions) | | 18 | 0 |
| 19 | **Amount you owe.** If line 10, column C, is more than line 18, enter the difference | | 19 | 0 |
| 20 | If line 10, column C, is less than line 18, enter the difference. This is the amount **overpaid** on this return | | 20 | 0 |
| 21 | Amount of line 20 you want **refunded to you** | | 21 | 0 |
| 22 | Amount of line 20 you want **applied to your** (enter year): _____ estimated tax . | 22 | 0 | |

**Complete and sign this form on Page 2.**

For Paperwork Reduction Act Notice, see instructions.     Cat. No. 11360L     Form **1040X** (Rev. 12-2012)

Form 1040X (Rev. 12-2012)                   *Test guy 2009*                                    Page **2**

| **Part I** | Exemptions |
|---|---|

Complete this part **only** if you are:
• Increasing or decreasing the number of exemptions (personal and dependents) claimed on line 6d of the return you are amending, or
• Increasing or decreasing the exemption amount for housing individuals displaced by a Midwestern disaster in 2009.

See Form 1040 or Form 1040A instructions and Form 1040X instructions.

| | | A. Original number of exemptions or amount reported or as previously adjusted | B. Net change | C. Correct number or amount |
|---|---|---|---|---|
| 23 | Yourself and spouse. **Caution.** If someone can claim you as a dependent, you cannot claim an exemption for yourself . . . . . . **23** | | | |
| 24 | Your dependent children who lived with you **24** | | | |
| 25 | Your dependent children who did not live with you due to divorce or separation **25** | | | |
| 26 | Other dependents . . . . . . . . . . **26** | | | |
| 27 | Total number of exemptions. Add lines 23 through 26 . . . **27** | | | |
| 28 | Multiply the number of exemptions claimed on line 27 by the exemption amount shown in the instructions for line 28 for the year you are amending . . . . . . . . . . . . . **28** | | | |
| 29 | If you are claiming an exemption amount for housing individuals displaced by a Midwestern disaster, enter the amount from Form 8914, line 6 for 2009 **29** | | | |
| 30 | Add lines 28 and 29. Enter the result here and on line 4 on page 1 of this form **30** | | | |

31  List **ALL** dependents (children and others) claimed on this amended return. If more than 4 dependents, see instructions.

| (a) First name          Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check box if qualifying child for child tax credit (see instructions) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

| **Part II** | **Presidential Election Campaign Fund** |
|---|---|

Checking below will not increase your tax or reduce your refund.
☐ Check here if you did not previously want $3 to go to the fund, but now do.
☐ Check here if this is a joint return and your spouse did not previously want $3 to go to the fund, but now does.

| **Part III** | **Explanation of changes.** In the space provided below, tell us why you are filing Form 1040X. |
|---|---|

▶ Attach any supporting documents and new or changed forms and schedules.

The IRS through R/A Fillion is alleging that I had income of which I am not aware. I have repeatedly asked for details to identify this alleged income and have been met with silence.

## Sign Here
Remember to keep a copy of this form for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information about which the preparer has any knowledge.

| | | |
|---|---|---|
| *[signature]* | 24 Sep/13 ▶ | |
| Your signature | Date | Spouse's signature. If a joint return, **both** must sign.     Date |

**Paid Preparer Use Only**
▶

| | | |
|---|---|---|
| Preparer's signature | Date | Firm's name (or yours if self-employed) |
| Print/type preparer's name | | Firm's address and ZIP code |
| PTIN | ☐ Check if self-employed | Phone number          EIN |

OFFICIAL SEAL
EVELYN R. NIEVES
NOTARY PUBLIC - NEW JERSEY
My Commission Expires Feb. 17, 2018

For forms and publications, visit IRS.gov.                                           1040X

Attachment E

# Form 1040X

(Rev. December 2012)

Department of the Treasury—Internal Revenue Service

## Amended U.S. Individual Income Tax Return

► Information about Form 1040X and its separate instructions is at *www.irs.gov/form1040x.*

OMB No. 1545-0074

**This return is for calendar year** ☐ 2012  ☐ 2011  ☑ 2010  ☐ 2009
**Other year. Enter one:** calendar year ____ **or fiscal year** (month and year ended): ____

| | |
|---|---|
| Your first name and initial **Thomas Charles** | Last name **Dininio** |
| If a joint return, spouse's first name and initial | Last name |

Your social security number: ____5

Home address (number and street). If you have a P.O. box, see instructions.
**2209 Buttonwood La**   Apt. no.

Your phone number **856 327 1916**

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
**Millville, NJ 08332**

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

**Amended return filing status.** You **must** check one box even if you are not changing your filing status.
*Caution. In general, you cannot change your filing status from joint to separate returns after the due date.*

☑ Single   ☐ Married filing jointly   ☐ Married filing separately
☐ Qualifying widow(er)   ☐ Head of household (If the qualifying person is a child but not your dependent, see instructions.)

Use Part III on the back to explain any changes

| | | | A. Original amount or as previously adjusted (see instructions) | B. Net change—amount of increase or (decrease)—explain in Part III | C. Correct amount |
|---|---|---|---|---|---|
| **Income and Deductions** | | | | | |
| 1 | Adjusted gross income. If net operating loss (NOL) carryback is included, check here ►☐ | 1 | 106891 | (106891) | 0 |
| 2 | Itemized deductions or standard deduction | 2 | 13252 | (7552) | 5700 |
| 3 | Subtract line 2 from line 1 | 3 | 93639 | (93639) | 0 |
| 4 | Exemptions. **If changing, complete Part I on page 2 and enter the amount from line 30** | 4 | 3650 | 0 | 3650 |
| 5 | Taxable income. Subtract line 4 from line 3 | 5 | 89989 | (89989) | 0 |
| **Tax Liability** | | | | | |
| 6 | Tax. Enter method used to figure tax: | 6 | 18902 | (18902) | 0 |
| 7 | Credits. If general business credit carryback is included, check here ►☐ | 7 | 0 | 0 | 0 |
| 8 | Subtract line 7 from line 6. If the result is zero or less, enter -0- | 8 | 18902 | (18902) | 0 |
| 9 | Other taxes | 9 | 13381 | (13381) | 0 |
| 10 | Total tax. Add lines 8 and 9 | 10 | 15103 | (15103) | 0 |
| **Payments** | | | | | |
| 11 | Federal income tax withheld and excess social security and tier 1 RRTA tax withheld (**if changing,** see instructions) | 11 | 0 | 0 | 0 |
| 12 | Estimated tax payments, including amount applied from prior year's return | 12 | 0 | 0 | 0 |
| 13 | Earned income credit (EIC) | 13 | 0 | 0 | 0 |
| 14 | Refundable credits from Schedule(s) ☐ 8812 or ☐ M or Form(s) ☐ 2439 ☐ 4136 ☐ 5405 ☐ 8801 ☐ 8812 (2009–2011) ☐ 8839 ☐ 8863 ☐ 8885 or ☐ other (specify): | 14 | 0 | 0 | 0 |
| 15 | Total amount paid with request for extension of time to file, tax paid with original return, and additional tax paid after return was filed | | | 15 | 0 |
| 16 | Total payments. Add lines 11 through 15 | | | 16 | 0 |
| **Refund or Amount You Owe** *(Note. Allow 8–12 weeks to process Form 1040X.)* | | | | | |
| 17 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS | | | 17 | 0 |
| 18 | Subtract line 17 from line 16 (If less than zero, see instructions) | | | 18 | 0 |
| 19 | **Amount you owe.** If line 10, column C, is more than line 18, enter the difference | | | 19 | 0 |
| 20 | If line 10, column C, is less than line 18, enter the difference. This is the amount **overpaid** on this return | | | 20 | 0 |
| 21 | Amount of line 20 you want **refunded to you** | | | 21 | 0 |
| 22 | Amount of line 20 you want applied to your (enter year): ____ estimated tax . 22 | 0 | | | |

**Complete and sign this form on Page 2.**

For Paperwork Reduction Act Notice, see instructions.   Cat. No. 11360L   Form **1040X** (Rev. 12-2012)

Form 1040X (Rev. 12-2012)

*Tax year 2010*

Page **2**

| **Part I** | **Exemptions** |

Complete this part **only** if you are:
- Increasing or decreasing the number of exemptions (personal and dependents) claimed on line 6d of the return you are amending, or
- Increasing or decreasing the exemption amount for housing individuals displaced by a Midwestern disaster in 2009.

See Form 1040 or Form 1040A instructions and Form 1040X instructions.

| | | A. Original number of exemptions or amount reported or as previously adjusted | B. Net change | C. Correct number or amount |
|---|---|---|---|---|
| 23 | Yourself and spouse. **Caution.** If someone can claim you as a dependent, you cannot claim an exemption for yourself . . . . . . | | | |
| 24 | Your dependent children who lived with you . . . . . . . . | | | |
| 25 | Your dependent children who did not live with you due to divorce or separation | | | |
| 26 | Other dependents . . . . . . . . . . . . . . | | | |
| 27 | Total number of exemptions. Add lines 23 through 26 . . . . | | | |
| 28 | Multiply the number of exemptions claimed on line 27 by the exemption amount shown in the instructions for line 28 for the year you are amending . . . . . . . . . . . . . . . . | | | |
| 29 | If you are claiming an exemption amount for housing individuals displaced by a Midwestern disaster, enter the amount from Form 8914, line 6 for 2009 . . . . . | | | |
| 30 | Add lines 28 and 29. Enter the result here and on line 4 on page 1 of this form | | | |

**31** List **ALL** dependents (children and others) claimed on this amended return. If more than 4 dependents, see instructions.

| (a) First name      Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check box if qualifying child for child tax credit (see instructions) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

| **Part II** | **Presidential Election Campaign Fund** |

Checking below will not increase your tax or reduce your refund.
- ☐ Check here if you did not previously want $3 to go to the fund, but now do.
- ☐ Check here if this is a joint return and your spouse did not previously want $3 to go to the fund, but now does.

| **Part III** | **Explanation of changes.** In the space provided below, tell us why you are filing Form 1040X. |

▶ Attach any supporting documents and new or changed forms and schedules.

The IRS through R/A Fillion is alleging that I had income of which I am not aware. I have repeatedly asked for details to identify this alleged income and have been met with silence.

**Sign Here**
Remember to keep a copy of this form for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information about which the preparer has any knowledge.

OFFICIAL SEAL
EVELYN R. NIEVES
NOTARY PUBLIC - NEW JERSEY
My Comm. Expires Feb. 27, 2018

_____          3/Sep/13 ▶          _____
Your signature          Date          Spouse's signature. If a joint return, **both** must sign.          Date

**Paid Preparer Use Only**
▶

_____          _____          _____
Preparer's signature          Date          Firm's name (or yours if self-employed)

_____                    _____
Print/type preparer's name          Firm's address and ZIP code

PTIN          ☐ Check if self-employed

_____
Phone number          EIN

For forms and publications, visit IRS.gov.          Form **1040X** (Rev. 12-2012)

Attachment F

# Exhibit A
## Alleged Personal Bank Accounts Do Not Exist

In an attempt to determine where those large amounts of money came from that R/A Fillion placed on my amended 1040's, I went to both Bank of America and PNC Bank where he claimed I had accounts.

When I presented the disclosure notice (Exhibit A1) to Vicky, a Financial Specialist in the Vineland NJ branch of PNC, she searched the bank's computer records under both my name and SSN. Because there were no records of any account, she refused to sign a statement or provide notary services. She stated that she was instructed to only fill in an account information letter and only to provide notary services to customers of PNC.

The disclosure notice (Exhibit A2) was presented to Nikole Piatt at the Wheaton Plaza branch of Bank of America (Millville, NJ).She could find only the mentioned checking account with an accompanying line of credit under a different number.

_____

Thomas Charles Dininio

STATE OF _____ N.J.

COUNTY OF _____ CUMBERLAND

On 24 Sept '13 , before me, _____ Evelyn Nieves _____ , personally

appeared _____ THOMAS DININIO _____ .

Known to me or proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument

**WITNESS my hand and official seal**

_____

(Notary Signature)



OFFICIAL SEAL
EVELYN R. NIEVES
NOTARY PUBLIC - NEW JERSEY
My Comm. Expires Feb. 27, 2018

(seal)

## **Exhibit A1**
## NOTICE OF DISCLOSURE

I, the undersigned officer of PNC Bank, hereby certify that upon examination of this bank's records for the name Thomas Dininio, SSN 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, that there are no accounts for that name nor for the said SSN nor have such accounts ever existed.

_____(Name Print)

_____(Signature)

_____(Title)

Exhibit A-2

# NOTICE OF DISCLOSURE

I, the undersigned officer of Bank of America have examined this Bank's records regarding the individual, Thomas Dininio, SSN 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 finding that since 2007 Mr. Dininio had only two accounts with this bank: a checking account, No. 00000120625 from 4-30-1975 to 1/9/2013 .and a Savings Account, No. (with Fleet) from prior to BfA to .

Upon written request, and, with written approval from Mr. Dininio, this bank will forward copies of these accounts.

Nikole Piatt (Name Print)

Nikole Piatt (Signature)

Personal Banker/notary (Title)

NIKOLE C PIATT
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES MAR. 27, 2014
I.D.# 2363972

